# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIANN T. MILLS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-1272** |
| | : | |
| **AFSCME DISTRICT COUNCIL 33,** *et al.* | : | |
| | : | |

# ORDER

**AND NOW**, this 7th day of July 2020, upon considering the City of Philadelphia's Motion to dismiss (ECF Doc. No. 14) the second amended Complaint against it (ECF Doc. No. 13), Plaintiff's Response (ECF Doc. No. 17), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The City's Motion (ECF Doc. No. 14) is **GRANTED** and we dismiss Plaintiff's claims as we lack subject matter jurisdiction over the case; and,

2. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**